**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO.  1:26-cv-23990-JEM

**NORMA O. GAZONNI**,

      Plaintiff,

vs.

**BALMAIN (USA) LLC,**
a Foreign Limited Liability Company,

      Defendant.

_____/

**AGREED MOTION FOR EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

Plaintiff Norma O. Gazonni ("Plaintiff") and Defendant Balmain (USA) LLC, hereby agree

to and jointly move for a 45-day extension of time, until August 14, 2026, for Defendant to answer,

move, or otherwise respond to Plaintiff's Complaint.[1]  In support of this Motion, Plaintiff states as

follows:

1.      Plaintiff filed her Complaint [ECF No. 1] on June 6, 2026, alleging unlawful

disability discrimination in violation of Title III of the Americans with Disabilities Act ("ADA"),

in connection with Defendant's website.

2.      Defendant was served with the Complaint and Summons on January 9, 2026 [ECF

No. 4], making Defendant's response to the Complaint due by June 30, 2026.

3.      The undersigned was recently contacted by Defendant's non-Florida admitted New

---

[1] Defendant has not yet retained Florida local counsel so this Motion, by agreement of Plaintiff
and Defendant's non-Florida admitted New York outside counsel, Benjamin Schwartz, Esq., is
being submitted through Plaintiff and her counsel.

Yok outside counsel, and, after discussing the case, Plaintiff's counsel and Defendant's counsel agreed to request from this Court a 45-day extension of time, until August 14, 2026, for Defendant to answer, move, or otherwise respond to the Complaint for the following reasons: (1) Defendant needs additional time to discuss and analyze the technical issues raised in the Complaint and to hire local outside counsel to represent it; and (2) the parties intend to commence early settlement discussions to try to amicably resolve the case and the requested extension would facilitate those discussions and potentially avoid the parties incurring more costs and fees. The parties thus believe and agree that there is good cause for a 45-day extension of time -- until August 14, 2026 -- for Defendant to answer, move, or otherwise respond to the Complaint.

4.      This Motion is being filed in good faith and not for purposes of delay, and neither the parties nor the Court will be prejudiced should the Court grant the requested extension.

WHEREFORE, Plaintiff respectfully requests that this Agreed Motion be granted, and that Defendant be given until August 14, 2026, to answer, move, or otherwise respond to the Complaint. A proposed Order granting this Motion is attached as Exhibit "A".

Respectfully submitted,

*/s/Lorena Brasil*
Attorney for Plaintiff
Brasil & Brasil, P.A.
Lorena Brasil, Esq.
FBN: 1049012
500 E. Broward Blvd. Suite 900
Fort Lauderdale, Florida 33394
Tel: 954-848-2929
contact@bblawfirmfl.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

By      */s/Lorena Brasil*
        Attorney for Plaintiff
        Brasil & Brasil, P.A.
        Lorena Brasil, Esq.

## Service List

Lorena Brasil, Esq.
Brasil & Brasil, P.A.
941 W Morse Bvd
Suite 100
Winter Park, FL 32789
Tel: 689-610-8055
Email: rhannah@rhannahlaw.com
(*via CM/ECF)*

**Defendant BALMAIN (USA) LLC**
c/o Benjamin Schwartz, Esq.
Noris McLaughlin, P.A.
7 Times Square, 21st Floor
New York, NY 10036
Tel: 917-369-8835
Email: bschwartz@norris-law.com
*(via e-mail)*

3